Submitted on record and briefs April 24, reversed and remanded for further proceedings May 24, 2000

MICHAEL WILLABY,
*Appellant,*

*v.*

Joan PALMATEER,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(98C-21093; CA A105205)

999 P2d 1229

Liza J. Langford filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Kelly Knivila, Assistant Attorney General, filed the brief for respondent.

Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

**PER CURIAM**

Petitioner appeals a judgment dismissing, *sua sponte*, his petition for habeas corpus relief. The state concedes that the trial court erred in dismissing the petition and contends that the judgment should be reversed and the case remanded for further proceedings. We accept the state's concession.

Reversed and remanded for further proceedings.